**Order entered September 17, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00404-CV

### ROBERT T. O'DONNELL, Appellant

### V.

### JULIA L. VARGO, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-86-15027**

## ORDER

We **GRANT** appellant's September 15, 2014 unopposed second motion for an extension of time to file a brief. Appellant shall file his brief on or before **September 29, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     CRAIG STODDART
         JUSTICE